### APPLING v. THE LOWRY BANKING COMPANY.

*Lumpkin, J.*—The record discloses nothing taking the present case out of the well established rule that this court will not overrule the discretion of the trial judge in awarding the first general grant of a new trial.    *Judgment affirmed.*

December 2, 1895.

Levy and claim.    Before Judge Lumpkin.    Fulton superior court.    September term, 1894.

*P. L. Mynatt,* for plaintiff.

*Candler & Thomson,* contra.